UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

v.                                                                                  1:25-cr-00435-SRU

ANTHONY SALVATORE PERRI

### ORDER OF TRANSFER

On November 20, 2025, I held a telephonic scheduling conference to discuss the status of the case and set a trial schedule. As stated on the record, defendant Anthony Perri orally waived his constitutional right to venue and consented to the charge in this case being transferred to the Eastern District of New York so that it may be tried simultaneously with the charges in 1:25-cr-00279-SRU (EDNY). The constitutional right to venue can be waived. *See United States v. Calderon*, 243 F.3d 587, 590 (2d Cir. 2001); U.S. Const. art. III, § 2, cl. 3.

On consent, it is hereby ORDERED that this case, 1:25-cr-00435-SRU, is transferred to the Eastern District of New York pursuant to Fed. R. Crim. P. 21(b). The Clerk is respectfully directed to electronically transfer this case to the Eastern District of New York and administratively close this case.

Signed and dated at Bridgeport, Connecticut this 20th day of November 2025.

STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE